# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                                            Case No. 09-CR-310

**JOSHUA J. PARENT,**

    Defendant.

## DECISION AND ORDER

Before the Court is Defendant Joshua Parent's (Parent) motion to reduce his sentence pursuant to Amendment 782 to the United States Sentencing Guidelines, which lowered the penalties for most drug offenses by reducing most offense levels on the 2D1.1 Drug Quantity Table by two levels.

However, the Amendment does not benefit Parent because his base offense level for committing a drug offense resulting in death was determined under USSG § 2D1.1(a)(2). Amendment 782 altered the § 2D1.1(c) Drug Quantity Table, not § 2D1.1(a)(2). Because Parent's guidelines remain unchanged, he is not eligible for a reduction. Accordingly, his motion must be denied.

**IT IS HEREBY ORDERED THAT:**

Parent's motion to reduce sentence (ECF No. 384) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 29th day of September, 2015.

                                         BY THE COURT:

                                         *Rudolph T. Randa*
                                         **HON. RUDOLPH T. RANDA**
                                         **U.S. District Judge**